```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF RHODE ISLAND



JOHN DEATON,

     Plaintiff,


     v.                                    CA No. 20-cv-15-WES

TOWN OF BARRINGTON, et al.

     Defendants.
```

**JUDGMENT**

This action came to be heard before the Court and a decision has been rendered.  Upon consideration whereof, it is now hereby ordered, adjudged, and decreed as follows:

Pursuant to the Memorandum and Order dated on March 29, 2023, and in accordance with Fed. R. Civ. P. 58., judgment is entered in favor of the defendants as to Counts II, III, IV, V, VI, IX, X, XI and as to Counts VII and VIII in so much as they relate to these claims, and against the plaintiff. The case is remanded as to Counts I and VII and VII in so much as they relate to Count I.

<u>It is so ordered</u>.

March 30, 2023                    By the Court:

                                             <u>/s/ William E. Smith</u>
                                             United States District Judge