# United States Court of Appeals
## For the First Circuit

_____

No. 23-1794

JOHN DEATON,

Plaintiff, Appellant,

v.

TOWN OF BARRINGTON; JAMES CUNHA, Town Manager, Town of Barrington; DAVID WYROSTEK, individually, and in his official capacity as police officer for the Town of Barrington; ANTHONY DECRISTOFORO, individually, and in his official capacity as police officer for the Town of Barrington; TIMOTHY HARRINGTON, individually, and in his official capacity as police officer for the Town of Barrington; JOHN LACROSS, individually, and in his official capacity as police officer for the Town of Barrington,

Defendants, Appellees.

_____

**JUDGMENT**

Entered: May 3, 2024

This cause came on to be heard on appeal from the United States District Court for the District of Rhode Island and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's orders granting summary judgment and denying post judgment relief are affirmed.

By the Court:

Maria R. Hamilton, Clerk

cc:
John Deaton
Marc DeSisto
Kathleen A. Hilton
Sarah D. Boucher